*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided January 14, 2009

STATE OF CONNECTICUT *v.* JOHN MERRITT RE

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 466 (AC 29001), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 14, 2009

WAVERLY KNIZE *v.* FRANCIS KNIZE

The defendant's petition for certification for appeal from the Appellate Court (AC 29206) is denied.

*Francis Knize*, pro se, in support of the petition.

Decided January 14, 2009

ZBIGNIEW S. ROZBICKI *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 239 (AC 29290), is denied.

*Zbigniew S. Rozbicki*, pro se, in support of the petition.

*Mark A. Dubois*, chief disciplinary counsel, in opposition.

Decided January 22, 2009